HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
DAVID HARSHAW, KY SBN #86435
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

Attorney for Defendant
LEO I. SAMPAYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEO I. SAMPAYAN, <br><br> Defendant. | Case No. 6:19-MJ-00025-JDP <br><br> STIPULATION AND ORDER CONTINUING SUPPRESSION HEARING |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Leo Sampayan, that the suppression hearing scheduled in this case for November 7, 2019 at 10:00 a.m. be continued to December 2, 2019 at 1:00 p.m.

DATED: October 23, 2019            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ David Harshaw*
                                            DAVID HARSHAW
                                            Assistant Federal Defender

                                            Attorneys for Leo I. Sampayan

DATED: October 23, 2019         MCGREGOR W. SCOTT
                                United States Attorney

                                */s/ Susan St. Vincent*
                                SUSAN ST. VINCENT
                                Yosemite Legal Officer
                                Attorney for Plaintiff

# ORDER

The court accepts the above stipulation in Case No. 6:19-MJ-00025-JDP. The suppression hearing in this matter is continued from November 7, 2019 at 10:00 a.m. to December 2, 2019 at 1:00 p.m.

IT IS SO ORDERED.

Dated: __October 29, 2019__   _____
UNITED STATES MAGISTRATE JUDGE