Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:19-mj-0025-JDP |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SUPRESSION HEARING; AND ORDER THEREON |
| LEO I. SAMPAYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender David Harshaw, counsel for Leo Sampayan, that the suppression hearing scheduled in this case for December 2, 2019 at 1:00 p.m. be continued to January 22, 2020 at 1:00 p.m.

The Government received additional discovery last night which may be relevant to both the Government's and Defendant's case. The additional discovery consists of dispatch audio recordings which the Government previously believed were unavailable due to a technical malfunction in the recording equipment. The records are comprised of 62 audio clips. The Government Legal Officer has provide the recordings to the Defendant's counsel by e-mail,

//

//

1

however, the parties request the additional time to perform a thorough review of the additional discovery.

    Dated: November 30, 2019        /S/ Susan St. Vincent
                                                        Susan St. Vincent
                                                        Legal Officer
                                                        Yosemite National Park

    Dated: November 30, 2019        /S/ David Harshaw
                                                        David Harshaw
                                                        Attorney for Defendant
                                                        Leo Sampayan

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the December 2, 2019 suppression hearing for *United States v. Sampayan*, Case 6:19-mj-0025-JDP, is continued to January 22, 2020, at 1:00 p.m.

IT IS SO ORDERED.

Dated:  November 30, 2019

_____
UNITED STATES MAGISTRATE JUDGE